[DO NOT PUBLISH]

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 2, 2005
THOMAS K. KAHN
CLERK

_____

No.04-16323
Non-Argument Calendar

_____

D.C. Docket No. 98-08135-CR-DTKH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIUS F. ROCKER,
a.k.a. Rock,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 2, 2005)**

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM:

Robert E. Adler, appointed counsel for Julius F. Rocker in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rocker's conviction and sentence are **AFFIRMED**.